**No. 55304.**—N. G. Basevi et al. *v.* United States, protests 162548–K, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

**No. 55305.**—Alfred Mainzer et al. *v.* United States, protests 164042–K, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.